## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-40022 |
| ) | |
| MAISIE LAUREL REED, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendations of United States Magistrate Judge Jonathan Hawley to which there have been no timely objection, the plea of guilty of the Defendant to Counts 1, 2 and 3 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offense. This matter remains set for sentencing on November 29, 2021 at 10:00 a.m. in Peoria.

ENTERED August 31, 2021.

s/ James E. Shadid
JAMES E. SHADID
United States District Judge